COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-06-055-CV

CLAYTON LORENZO DOBBINS APPELLANT

V.

HOLLY R. BANKS APPELLEE

----------

FROM THE 362
ND
 DISTRICT COURT 
OF DENTON COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered appellant’s request to dismiss the appeal.  It is the court’s opinion that the request should be granted; therefore, we dismiss the appeal.  
See
 T
EX.
 R. A
PP.
 P. 42.1(a)(1), 43.2(f).

PER CURIAM

PANEL D: DAUPHINOT, HOLMAN, and GARDNER, JJ.

DELIVERED: June 22, 2006

FOOTNOTES
1:
See
 
Tex. R. App. P. 47.4.